IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION and FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>PAUL SIEWERT and SIEWERT RANCH AND FARM, LLC,<br><br>Defendants. | CV 22-20-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on December 6, 2024. (Doc. 37). The Magistrate recommended that default judgment be entered in favor of Plaintiffs and against Siewert and Siewert Ranch and Farm ("SRF") as follows:

1. Damages be awarded to Plaintiffs in the amount of $193,800.00.

2. Pre-judgment interest from March 30, 2020, to the date the judgment is entered, at the Montana rate pursuant to Montana Code Annotated § 25-9-205(1).

3. Post-judgment interest from the date the judgment is entered until the judgment is satisfied, at the federal rate pursuant to 28 U.S.C. § 1961.

4. Costs upon proper application to the Clerk pursuant to Local Rule 54.1.

(*Id.* at 14).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

**IT IS ORDERED** that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 37) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Entry of Default Judgment (Doc. 15) is GRANTED. Default Judgment shall be entered in favor of Plaintiffs and against Siewert and SRF as follows:

1. Damages be awarded to Plaintiffs in the amount of $193,800.00.

2. Pre-judgment interest from March 30, 2020, to the date the judgment is entered, at the Montana rate pursuant to Montana Code Annotated § 25-9-205(1).

3. Post-judgment interest from the date the judgment is entered until the judgment is satisfied, at the federal rate pursuant to 28 U.S.C. § 1961.

4. Costs upon proper application to the Clerk pursuant to Local Rule 54.1.

DATED this 30th day of December, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

3