UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIONAL SURETY CORPORATION AND FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL SIEWART AND SIEWERT RANCH AND FARM, LLC,<br><br>Defendants. | Case No. CV-22-20 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: 1.) Damages be awarded to Plaintiffs in the amount of $193,800.00. 2.) Pre-judgment interest from March 30, 2020, to the date the judgment is entered, at the Montana rate pursuant to Montana Code Annotated § 25-9-205(1). 3.) Post-judgment interest from the date the judgment is entered until the judgment is satisfied, at the federal rate pursuant to 28 U.S.C. § 1961. 4.) Costs upon proper application to the Clerk pursuant to Local Rule 54.1.

Dated this 30th day of December, 2024.

TYLER P. GILMAN, CLERK

By: /s/ Judith Harris
Judith Harris, Deputy Clerk